**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

No. 00-2316

―――――――――

MICHAEL T. JOHNSON,

Plaintiff - Appellant,

versus

TUPPERWARE, INCORPORATED,

Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Florence.   C. Weston Houck, District Judge.
(CA-98-3282-4-17AK)

―――――――――

Submitted:  February 8, 2001        Decided:  February 13, 2001

―――――――――

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Michael T. Johnson, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael T. Johnson appeals from the district court's order dismissing his complaint in which he alleged that he was discriminated against on the basis of race and age and that he was denied the effective assistance of counsel during his Workers' Compensation proceedings. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Johnson v. Tupperware, Inc., No. CA-98-3282-4-17AK (D.S.C. filed Sept. 19, 2000; entered Sept. 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2